## Royersford Trust Company's Case (No. 2).

Argued January 21, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

PER CURIAM, March 25, 1935:

These appeals raise the identical questions passed upon in Nos. 180 and 196, appeals of Solomon Good, John Kolb and Henry Good, trustees of the Vincent Mennonite Church. The decrees are affirmed in conformity with the opinion this day filed in Nos. 180 and 196, January Term, 1935.